THE BOROUGH OF ORADELL, APPELLANT, v. STATE
BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Argued May 21, 1941—Decided September 19, 1941.

For the appellant, *George W. Babcock.*

For the respondents, *David T. Wilentz,* Attorney-General,
and *Milton, McNulty & Augelli.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Porter in the Supreme Court.

*For reversal*—PERSKIE, J. 1.